**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Courts
Southern District of Texas
F I L E D

DEC 1 0 2024

Nathan Ochsner, Clerk of Court

|  |  |  |
|---|---|---|
| **SUCKAFREE RECORDS, INC.** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | |
| | § | **CIVIL ACTION NO. 4:24-CV-02259** |
| **EXOTIC POP OG, LLC AND EXOTIC POP** | § | |
| **ALMEDA, LLC AND EXOTIC POP** | § | |
| **DISTRIBUTION, LLC** | § | |
| **Defendant** | | |

## PLAINTIFF'S 1ST AMENDED PETITION

Plaintiff, complaining of Defendant, respectfully alleges:

## JURISDICTION AND PARTIES

1. This is an action for copyright infringement under the Copyright Act of 1976, Title 17 U.S.C., §§ 101 et seq., as hereinafter more fully appears.

2. This court has jurisdiction under 28 U.S.C. §§ 1331, 1338(a), and 1338(b). The claims asserted herein arose in this judicial district and all Defendants do business in this judicial district. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

3. Plaintiff is a Texas registered business, residing in Houston, Texas.

4. Upon information and belief, Defendant Exotic Pop OG, LLC. ("Exotic"), is a corporation organized and existing under the laws of the State of Texas with its principal place of business at 2100 West Loop South suite 800, Houston, TX. 77027.

5. Upon information and belief, Defendant Exotic Pop Almeda, LLC. ("Almeda"), is a corporation organized and existing under the laws of the State of Texas with its principal place of business at 5410 Almeda Rd. Houston TX 77004.

6. Upon information and belief, Defendant Exotic Pop Distribution, LLC. ("Distribution"), is a corporation organized and existing under the laws of the State of Texas with its principal place of business at 1000 South Loop W suite 190, Houston, TX 77054.

## BACKGROUND

7. In January, 2000, Plaintiff completed the, production, music and lyrics, art work, and copyright to the album "Leprechaun".

8. On or about October 2013, Plaintiff was granted certification of copyright in "Leprechaun" in which it claimed authorship in all the lyrics and music melody. The lyrics and music contain material wholly original with Plaintiff and are copyrightable subject matter under the laws of the United States.

9. On December 4, 2013, the Acting Register of Copyrights, issued a certificate of registration on behalf of the United States Copyright Office dated and identified as follows, registration number SR 732-998. (A copy of this registration is attached and incorporated by reference to this Complaint as Exhibit A).

10. In or about January 2024, Plaintiff was made aware that its product was being used and sold in violation of its copyright by Defendants advertisements online.

11. Defendants have created merchandise in the likeness of the album cover of the copyright and is selling songs through third parties without the consent of the Plaintiff. Defendants entitles all work jointly is furtherance of the offenses listed below.

12. Defendants are using the internet to conduct sales of the merchandise that ranges from bottled drinks to cereals and other consumables that benefit from using the likeness and wording of the Plaintiff's property.

13. Because of the ubiquitous nature of the internet Plaintiff believes their property is being used in violation of the copyright across all of the United States and potentially abroad as well.

14. In addition to the consumables there are QR codes provided on the consumables that direct a potential buyer to purchase songs from a third-party site in violation of Plaintiff's copyright.

15. Defendants have advertised that some monies used in the music purchase transaction will be delivered to the neighborhood of Cloverland. This distribution of funds based on Plaintiff's copyrighted property was not consented to by the Plaintiff and is a further violation of the copyright.

16. Upon information and belief, Exotic has worked together with another undisclosed third-party for the monetary compensation gained from distribution and sales of Leprechaun related products. This has caused damages to Plaintiff in an estimated amount of $2,000,000.

## Count I. COPYRIGHT INFRINGEMENT

17. Plaintiff repeats and reiterates each and every allegation of paragraphs of the Complaint marked "1" through "14," as if more fully set forth at length herein.

18. Upon information and belief, the Defendants had access to Plaintiff's work through artist Lil Flip and have used the copyrighted art work and likeness for profit and sales of their consumables.

19. Defendants specifically markets merchandise such as soda's, chips, cereals, large vending machines, and other consumables with the Leprechaun artwork in prominent display on the sale items (sample soda bottle picture attached and incorporated by reference as Exhibit C).

20. The image and likeness copy the original expression in the artwork from the original album titled "Leprechaun" and therefore infringe Plaintiff's copyright in "Leprechaun."

21. Defendants infringed on Plaintiff's copyright by copying Plaintiff's music and lyrics and by producing and distributing digital media and recordings without his permission by using a QR code attached to the sale items that directs consumers to a web page that allows for the purchase of Leprechaun songs from the original album.

22. The Defendants infringed on Plaintiff's copyright by copying Plaintiff's music and lyrics, and art work and by producing and distributing the songs from the album without Plaintiff's permission.

23. The Defendants infringed on Plaintiff's copyright by using representations of the likeness and artwork of the versions of Plaintiff's artwork and music and lyrics without its permission.

## Count II. CONTRIBUTORY COPYRIGHT INFRINGEMENT

24. Plaintiff repeats and reiterates each and every allegation of paragraphs of the Complaint marked "1" through "21," as if more fully set forth at length herein.

25. Upon information and belief, all Defendants used and copied Plaintiff's music without Plaintiff's permission or knowledge.

26. Upon information and belief, all Defendants used and copied Plaintiff's lyrics without Plaintiff's permission or knowledge.

27. Upon information and belief, all Defendants used and copied Plaintiff's label art work without Plaintiff's permission or knowledge.

28. Upon information and belief, Defendants use of the music and lyrics and art work and copying of Plaintiff's music and lyrics and art work was done so that Defendants would be able to take over, for their own profit and advantage Plaintiff's music and lyrics and artwork related to the "Leprechaun" album (artwork copyright attached and incorporated by reference as exhibit B).

29. Upon information and belief, Defendants induced, participated, and aided and abetted in, and profited from, the copying of Plaintiff's music and lyrics and artwork without consent or compensating the Plaintiff.

30. By reason of the foregoing copying, Defendants copied or aided and assisted in the copying and selling of Plaintiff's music and lyrics and art work in various media without permission of Plaintiff, which is an infringement of Plaintiff's copyright.


WHEREFORE, Plaintiff demands:

1. With respect to the first and second claims for relief:

a. That Defendants, their agents and servants, be enjoined from infringing Plaintiff's copyright in any manner.

b. All profits of Defendants plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected at trial, statutory damages, as available under the Copyright Act, 17 U.S.C. §§ 101 et seq.; and

c. Attorneys' fees as available under the Copyright Act, 17 U.S.C. §§ 101 et seq.

2. That Plaintiff be granted costs, disbursements, and reasonable attorneys' fees;

3. That Defendants and their officers, directors, agents, servants, employees, servants, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them or any of them take affirmative steps to dispel such false impressions that heretofore have been created by "Leprechaun" products and any related promotional material.

4. That Defendants account to Plaintiff for its profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement and false representation.

5. For such other and further relief as this court deems just and proper.



Dated:          Houston, Texas

                December 10, 2024


                                            Respectfully submitted,

                                            /s/  Erik Wilson
                                            Signature of Attorney for Plaintiff

Erik Wilson
Bar No: 24085661
2245 Texas Drive, suite 300
Sugar Land, TX. 77479
281-566-2691
erik@erikwilsonlaw.com

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**

**SR 732-998**

**Effective date of registration:**

December 4, 2013

## Title
**Title of Work:** Leprechaun

## Completion/Publication
**Year of Completion:** 1999

**Date of 1st Publication:** January 1, 2000    **Nation of 1st Publication:** United States

## Author
**Author:** SUCKAFREE RECORDS,INC.

**Author Created:** sound recording, production, music, words

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** SUCKAFREE RECORDS. INC

11102 LEITRIM WAY, HOUSTON, TX, 77047, United States

## Rights and Permissions
**Organization Name:** SUCKAFREE RECORDS,INC

**Address:** 11102 LEITRIM WAY

HOUSTON, TX 77047 United States

## Certification
**Name:** TERRY L HOBBS

**Date:** October 3, 2013

**Correspondence:** Yes

Page 1 of 1

**Registration Number**

# VAu 1-527-992

**Effective Date of Registration:**
May 29, 2024
**Registration Decision Date:**
June 06, 2024

## Title

**Title of Work:**   Leprechaun Red and Green Artwork

## Completion/Publication

**Year of Completion:**   1999

## Author

- **Author:**   Suckafree Records,Inc
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Suckafree Records,Inc
11102 Leitrim Way, Houston, TX, 77047, United States

## Rights and Permissions

**Organization Name:**   Suckafree Records,Inc
**Name:**   TERRY LYNN HOBBS
**Email:**   hobbshump40@aol.com
**Telephone:**   (713)733-1876
**Alt. Telephone:**   (713)825-3255
**Address:**   11102 Leitrim Way
HOUSTON, TX 77047 United States

## Certification

**Name:**   TERRY L HOBBS

